**UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND**

**Keith Farrelly,**

Plaintiff,

vs. CA 08 183 S

**I.C. System, Inc.,**
**Chris Does, alias**
**Jack Doe, alias**
**Taylor Doe, alias**

Defendants.

---

Stipulation Extending Answer Date

The Plaintiff hereby stipulates that the time within which the Defendant I.C. System, Inc. has to Answer or otherwise respond to the Complaint in this matter shall be extended to **June 17, 2008**.

Pursuant to Local Rule 29, the Plaintiff states a responsive pleading was originally due June 3, 2008, so this extension will not result in that original due date being extended more than thirty (30) days.

The Plaintiff,
By Counsel,

/s/ John T. Longo

John T. Longo, Esq./#4928
681 Smith Street, Suite 201
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on ___6/2/08___ I electronically filed this document with the Clerk of the United States District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

None.

I further certify that I caused a copy of this document to be sent to the people listed below via first class mail and, if an e-mail address is listed below, via e-mail:

Ranen Schechner, Esq.
Hinshaw & Culbertson LLP
1 International Place
Boston, MA 02110

RSchechner@hinshawlaw.com

Phone: (617) 213-7034
Fax: (617) 213-7001

/s/ John T. Longo
________________________
John T. Longo, Esq./#4928

My File #: FDCPA **2809**