UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEITH FARRELLY,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEMS, INC., CHRIS DOES, alias, JACK DOE, alias, and TAYLOR DOE, alias,<br><br>Defendants. | CIVIL ACTION NO. 08-183-S |

**NOTICE OF APPEARANCE**

Please enter the appearances of David A. Grossbaum and Ranen S. Schechner as counsel for I.C. Systems, Inc. in the above-entitled action.

Respectfully submitted,
I.C. SYSTEMS, INC.

By Its Attorneys,

*/s/ Ranen S. Schechner*

David A. Grossbaum, No. 6742
Ranen S. Schechner, No. 6943
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
401-751-0842
401-273-8543 (facsimile)

Dated: June 5, 2008

**CERTIFICATE OF SERVICE**

I, Ranen S. Schechner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on June 5, 2008.

*/s/ Ranen S. Schechner*