UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| KEITH FARRELLY,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC., CHRIS DOES, alias, JACK DOE, alias, and TAYLOR DOE, alias,<br><br>Defendants. | CIVIL ACTION NO. 08-183-S |

**JOINT STIPULATION OF DISMISSAL**

Now come the parties, by and through their undersigned counsel and hereby stipulate to the dismissal of all claims asserted by the plaintiff, Keith Farrelly against the defendant I.C. System, Inc. in this action pursuant to Rhode Island Federal Rules of Civil Procedure Rule 41(a)(1)(ii), with prejudice and without costs to either party and waiving all rights of appeal.

Respectfully submitted,
KEITH FARRELLY

By His Attorney,

*/s/ John T. Longo*
John T. Longo, No. 4928
681 Smith street
Providence, RI 02908
401-272-2177
401-537-9185 (facsimile)

Dated: August 7, 2008

Respectfully submitted,
I.C. SYSTEM, INC.

By Its Attorneys,

*/s/ Ranen S. Schechner*
David A. Grossbaum, No. 6742
Ranen S. Schechner, No. 6943
HINSHAW & CULBERTSON LLP
155 South Main Street, Suite 304
Providence, RI 02903
401-751-0842
401-273-8543 (facsimile)

## CERTIFICATE OF SERVICE

I, Ranen S. Schechner, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non registered participants on August 7, 2008.

*/s/ Ranen S. Schechner*